UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

                                NO. 09-20151

v.

                                HON. PATRICK J. DUGGAN

GARY DALE BRYANT,

       Defendant.

_____/

## ORDER

This matter coming before the Court on the government's motion, it is

hereby ordered pursuant to 18 U.S.C. § 3148(b) that a warrant for arrest of

Defendant GARY DALE BRYANT be issued and that Defendant be brought

before the Court to determine whether the order of pretrial release in this case

should be modified or revoked in favor of an order of pretrial detention.

                              s/Patrick J.Duggan
                              _____
                              PATRICK J. DUGGAN
                              United States District Judge

Date:  April 16, 2009
       _____