UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,    CASE NO. 09-20151
                             HON. PATRICK J. DUGGAN
    Plaintiff,

vs.

GARY DALE BRYANT,

    Defendant.
_____/

### ORDER REVOKING BOND

At a session of said Court, held in the U.S. District Courthouse, City of Detroit, County of Wayne, State of Michigan, on <u>April 28, 2009.</u>

PRESENT: THE HONORABLE PATRICK J. DUGGAN
U.S. DISTRICT COURT JUDGE

The Government having appealed the Order Reinstating and Continuing Bond of April 23, 2009, the Court having reviewed the record, heard testimony and oral arguments made this date;

IT IS HEREBY ORDERED that the bond previously set in this matter be REVOKED for the reasons stated on the record this date.

        s/Patrick J. Duggan
        Patrick J. Duggan
        United States District Judge

Dated: April 28, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on April 28, 2009, by electronic and/or ordinary mail.

        s/Marilyn Orem
        Case Manager